IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

CASE NO. 12-90436-M-01

LUIS A. CASTRO
FORT RILEY, KS

INFORMATION

The United States Attorney charges that:

On or about 9/29/2012 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, LUIS A. CASTRO did unlawfully operate in violation of restrictions of his driver's license or permit, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-291. (Driving Restrictions)(Class C Misdemeanor)

BARRY R. GRISSOM
United States Attorney

ANNEMARIE VAZQUEZ
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed 4/13/12 3-14-13

HON KAREN M. HUMPHREYS
U.S. Magistrate Judge